# Matthew W. Norman, M.D., LLC

Twelve Piedmont Center, Suite 410, 3495 Piedmont Road, N.E., Atlanta, GA 30305
404-495-5900    fax: 404-495-5901
norman@atlantapsychiatry.com

Re:     _____

## Forensic Fee Schedule

I. Fee Schedule for providing expert services.

- Psychiatric consultation and/or written report                         $600.00/hr
- Review of deposition, records, reports, testing or other data          $600.00/hr
- Conferences with attorneys or others as requested                      $600.00/hr
- Research as required                                                   $600.00/hr
- Psychological testing                                                  $300.00/test
- Testimony in Court / Deposition:
  ½ day (up to 4 hours) in Metro Atlanta Counties                        $3,000.00
  Full day in Metro Atlanta Counties                                     $6,000.00
       (Metro Atlanta: Clayton, Cobb, DeKalb, Douglas, Fulton, Gwinnett)
  Non-metro Atlanta                                                      $6,000.00

II.  Fees for expert testimony and days away from office (traveling on weekdays) are billed for a full calendar day and not for any increments of times thereof.  All expenses incurred will be billed after computation.  All fees are set independently by each physician and subject to change.

III.  Any billed items shall be payable within 30 days to Matthew W Norman MD, LLC (TIN 20-0332027).

IV. It is hereby specifically agreed that payment of all fees and expenses as outlined are the full responsibility of the undersigned/firm and payment is not contingent on any verdict, outcome, or settlement of the above captioned matter.

V. For out of state cases, it is the responsibility of the hiring attorney to assure that any issues pertaining to medical licensure are addressed / resolved in advance of services rendered.

VI. This evaluation is for forensic purposes only and does not constitute a traditional doctor-patient relationship.

VII. Until this signed agreement has been received, the doctor has not been retained.

Agreed and Accepted by:


_____     _____   _____
Attorney/Individual                Name of Firm                             Date

Signature shall bind firm/individual to payment.

# Testimonial Experience
# of
# Matthew W. Norman, M.D.

| Case | Court/Judge | Date | Retained/Called | Notes / Issue |
|---|---|---|---|---|
| 214. State v. Harry Head<br>20CR000701Y, 21CR000542E | Fulton State / Edlein | 2022/08/25 | prosecution (N. Crawford) | Competency to Stand Trial / Not restorable<br>Civil Commitment / Schizophrenia |
| 213. State v. Albert D. Booze<br>2021-CR-628, -629, -630 | Monroe Superior / Wilson | 2022/05/19 | defense (D. Smith) | Competency to Stand Trial / IST<br>Bipolar / ADHD |
| 212. State v. Andrew J. Smith<br>19SC173779 | Fulton Superior / Schwall | 2022/05/16 | defense (B. Harvey) | sentencing / dangerousness assessment<br>Alcohol Use Disorder |
| 211. Librado Olvera v. Lowe's Home Ctrs<br>19-C-00538-S3 | Gwinnett State / | 2022/03/02 | cv defense (C. McCollum) | PTSD / mild TBI<br>discovery deposition |
| 210. State v. Ricky Allen Dubose<br>17-CR-107 | Putnam Supr / Burleson | 2022/02/16 | defense (A. Pittman) | ID / ADHD / PTSD / Motions hearing<br>capital |
| 209. Williams v. Emmanuel College, et. al.<br>20EV002744 | Fulton State / Edlein | 2022/02/08 | cv plaintiff (K. Phillips) | PTSD / sexual assault / IME<br>discovery deposition |
| 208. State v. Shomari Holmes<br>192766 | Cobb Supr / Marbutt | 2021/12/17 | prosecution (P. Hull) | jury insanity / Schizophrenia / marijuana<br>murder |
| 207. Moore v. Evans Concrete<br>SUCV2018000063 | Wayne Supr / Guy | 2021/12/08 | cv defense (B. Boone) | MVA / PTSD / no IME<br>jury trial |
| 206. State v. Tavious English<br>17SC154065 | Fulton Supr / Richardson | 2021/12/06 | defense (L. Shubow) | MNT / retrospective competency<br>Schizophrenia |
| 205. U.S. v. CPL Zaykeese Moore | Ft. Polk (LA) / Hughes | 2021/09/30 | defense (L. Stelly) | sentencing / treatment recommendations<br>Marijuana Use Disorder / jail conditions |

| | | | | |
|---|---|---|---|---|
| 204. State v. Andrew Joseph Smith<br>　　19SC173779 | Fulton Superior/Schwall | 2021/08/06 | defense (B. Harvey) | bond hearing – reconsideration<br>　　alcohol use disorder / dangerousness |
| 203. State v. Vantrece Phillips<br>　　2020-CR-153 | Monroe Superior/Wilson | 2021/08/04 | defense (D. Smith) | negotiated plea / competency to stand trial<br>　　Schizophrenia / Intellectual disability |
| 202. State v. Marvin Seabrook<br>　　04-SC-11988 | Fulton Supr/Leftridge | 2021/06/22 | defense (L. Jones) | MNT / retrospective competency<br>　　Schizophrenia / Intellectual disability |
| 201. U.S. v. Ian Connor<br>　　1:20-CR-268 | Mid Dist Ga / Totenberg | 2021/05/20 | defense (B. Steel) | sentencing / mitigation<br>　　treatment recommendations |
| 200. U.S. v. SFC Kyron Oram | Ft. Campbell (KY) | 2021/05/18 | defense (K. Haesly) | assault / disobeying orders /<br>　　Alcohol intoxication / Dubowski |
| 199. Advocacy Trust v. Dolgencorp, et al<br>　　1:19-CV-00141-LAG | Mid Dist Ga, Albany | 2021/03/29 | cv plaintiff (JL King) | Autism Spectrum v. Schizoaffective<br>　　ordinary intelligence / robbery |
| 198. State of Ga v. Marion Adkins<br>　　SU-19-CR-0264-H | Clarke Supr / Haggard | 2021/03/08 | prosecution (M. Himes) | Competency to waive *Miranda* / psychosis |
| 197. Lee v. Ewart, el. al.<br>　　1:19-CV-01154-TDS-JEP | Middle Dist N.C. | 2021/02/05 | cv defense (C. Kelly) | PTSD / railroad crossing accident / IME<br>　　discovery deposition |
| 196. U.S. v. Ian Connor<br>　　1:20-CR-268 | Mid Dist Ga / Baverman | 2021/01/08 | defense (B. Steel) | Depression / anxiety / bond hearing |
| 195. State of Georgia v. Demetris Bell<br>　　03SC06549 | Fulton Supr / Glanville | 2020/11/23 | prosecution (B. Doherty) | Competency to stand trial / IST / not likely<br>　　meets outpatient civil commitment |
| 194. Green v. Idalberto Blanco Verdecia<br>　　18-CVS-1362 | Surray (NC) Superior | 2020/11/06 | cv defense (C. Kelly) | PTSD / prognosis / trucking accident |
| 193. U.S. v. PFC Sergio Lopez | Ft. Hood (TX) | 2020/10/07 | defense (Faulkner) | Borderline Personality Disorder / treatment<br>　　mitigation |

| # | Case | Court / Judge | Date | Role (Attorney) | Issues |
|---|---|---|---|---|---|
| 192. | Gibson v. CSX Transportation<br>17EV002064 | Fulton State / Roth | 2020/08/12 | cv plaintiff (Pittman) | PTSD / railroad crossing accident / IME<br>discovery deposition |
| 191. | U.S. v. SPC Nikolas Ryder | Ft. Hood (TX) / Acosta | 2020/07/29 | defense (Fine) | Specific intent / personality disorder<br>Attempted murder / agg assault |
| 190. | State of TN v. Jordan Hazel<br>CC18-CR-208 | Montgomery / Goodman | 2020/06/09 | prosecution (K. Lund) | Competency to stand trial / bench / CST<br>malingering / triple homicide |
| 189. | State v. Joseph A. Daniels<br>19SC165163 | Fulton Supr / Carnesale | 2020/02/27 | defense (Steel) | Competency to stand trial / bench<br>Aphasia / entering plea |
| 188. | State of Georgia v. Justin Hess<br>170888 | Cobb Supr / Staley Clark | 2020/02/06 | prosecution (J. Evans) | Competency to stand trial / bench trial / CST<br>conspiracy theorist / double homicide |
| 187. | State of Georgia v. Rico King<br>18-CR-2647 | DeKalb Supr / Johnson | 2020/01/17 | defense (D. Sanson) | jury insanity / phentermine psychosis<br>murder |
| 186. | Alon Naggar v. Peter Tran<br>18-C-07085-S3 | Gwinnett State | 2019/12/19 | cv defense (L. Betz) | PTSD / MVA / malingering / IME<br>deposition |
| 185. | State of Georgia v. Shane Kendall<br>17SC154094 | Fulton Supr / Baxter | 2019/12/12 | prosecution (A. Love) | Competency to stand trial / jury trial / CST<br>retrial / prior hung jury / murder |
| 184. | Lisa Moore v. Evans Concrete<br>SUCV2018000063 | Wayne Superior | 2019/11/05 | cv defense (Kitchens) | PTSD / MVA |
| 183. | U.S. v. PV2 Phillip Hernandez | Ft. Bragg (NC) / Martin | 2019/10/08 | prosecution (Erickson-K.) | sexual assault / alcohol intoxication / blackout<br>General court martial |
| 182. | State of Georgia v. Matthew Johns<br>18SC162511 | Fulton Superior / Russell | 2019/08/26 | prosecution (A. Abbate) | presence or absence PTSD / Aggravated assault<br>former Atlanta Police officer |
| 181. | State of Georgia v. Shane Kendall<br>17SC154094 | Fulton Supr / McBurney | 2019/08/09 | prosecution (A. Love) | Competency to stand trial / jury trial / CST<br>malingering / medications / Autism |
| 180. | Frances Ruiz v. Teva Pharmaceuticals<br>11-005957 Division A | Hillsborough Co (FL) | 2019/08/02 | cv defense (V. Lockard) | wrongful death claim / PTSD<br>rebuttal deposition testimony |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 3**

| # | Case | Court / Judge | Date | Party (Attorney) | Topic |
|---|------|---------------|------|------------------|-------|
| 179. | James Hightower v. Toole, Warden<br>2017-CA-42420 | Chattooga Supr / Graham | 2019/08/01 | prosecution (AG Sassano) | Competency to stand trial / state habeas<br>Retrospective competency |
| 178. | In Re: Death of Shali Tilson | Rockdale Grand Jury | 2019/07/25 | prosecution (R. Read) | Plaintiff's expert / correctional psychiatry<br>Jail death |
| 177. | State of Ga v. Rickey Earl Taylor<br>19-B-00549-6 | Gwinnett Supr /Batchelor | 2019/06/20 | prosecution (Mayfield) | Motions hearing / intellectual disability<br>capital case / evaluation parameters |
| 176. | State of Ga v. Gregory Williams<br>17CR3799 | DeKalb Superior / Adams | 2019/05/29 | defense (Queen) | Competency to Stand Trial – jury<br>delusion / ability to assist / murder |
| 175. | State of Georgia v. Oliver Cope<br>17-CR-69 | Emanuel Supr / Palmer | 2019/04/05 | defense (D. Snipes) | NGRI conditional release / commitment<br>Bipolar Disorder / dangerousness |
| 174. | State of Georgia v. Christian Fedell<br>19CP182068 | Fulton Superior / LaGrua | 2019/03/28 | defense (B. Steel) | risk assessment / psychiatric evaluation<br>bond / rape |
| 173. | Morse v. Talon Compounding<br>2016CV276008 | Fulton Superior / Newkirk | 2019/03/14 | cv defense (S. Miller) | PTSD / jury trial / injections |
| 172. | State of Georgia v. Michael Brown<br>17SC154991 | Fulton Superior / Russell | 2019/02/28 | defense (R. Marks) | psychosis and perception of reality<br>rape / outcry witness records |
| 171. | State of Georgia v. Joshua Young<br>17-CR-2827-6 | DeKalb Superior / Boulee | 2019/02/15 | defense (A. Deets) | Insanity / murder / consent |
| 170. | Lockhart v. Bloom, et. al.<br>16EV003451 | Fulton State / Morrison | 2019/01/25 | cv defense (R. Tanner) | Cymbalta side effects / suicidal risk<br>med mal |
| 169. | Morse v. Talon Compounding<br>2016CV276008 | Fulton Superior / Newkirk | 2019/01/11 | cv defense (S. Miller) | PTSD / injections / medications |
| 168. | State of Georgia v. Lawrence Johnson<br>18SC158412 | Fulton Superior / Schwall | 2019/01/04 | court (Judge Schwall) | Competency to stand trial / Pro Se<br>malingering |

| # | Case | Court / Judge | Date | Party | Topic |
|---|---|---|---|---|---|
| 167. | Lawrence Rice v. Sellers<br>2014-HC-10 | Butts Superior / Reeves | 2018/10/23 | prosecution (AG Malcolm) | Competency to stand trial / State Habeas<br>delusions / overvalued ideas |
| 166. | State of Georgia v. Talon Lowery<br>2017CR1433W | Hall Superior / Gosselin | 2018/10/10 | defense (Brickman) | Competency to stand trial / bench hearing<br>psychosis / not malingering / IST |
| 165. | State of Georgia v. Garcia Venson<br>12-CR-5686-2 | DeKalb Superior / Jackson | 2018/10/01 | defense (M. Shein) | MNT / PTSD / mitigation |
| 164. | Lawrence Rice v. Sellers<br>2014-HC-10 | Butts Superior / Reeves | 2018/09/21 | prosecution (AG Malcolm) | Competency to stand trial / capital case<br>post-conviction |
| 163. | State of Ga v. Lawrence C. Hines<br>16SC146518 | Fulton Superior / LaGrua | 2018/09/06 | prosecution (Dunikoski) | Competency to stand trial / bench<br>substance use / malingering / memory |
| 162. | U.S. v. Joseph Burton<br>1:17-CR-369 | US NDG / Ross | 2018/08/29 | defense (Parker) | sentencing / diminish capacity<br>Vascular Neurocognitive Disorder |
| 161. | State of Georgia v. Vraimone Parker<br>17SC156227 | Fulton Superior/Ellerbe | 2018/08/09 | prosecution (McAfee) | jury insanity / cannabis-induced psychosis |
| 160. | U.S. v. PFC Reyes-Lesmes | Ft. Bragg (NC) / Ku | 2018/07/31 | prosecution (Loscheider) | sexual assault / alcohol intoxication / blackout<br>General court martial |
| 159. | State of Georgia v. Robert New<br>18W5725 | Cobb State / Holmes | 2018/07/27 | defense (Holloway) | bond hearing / dangerousness / alcohol use |
| 158. | State of Georgia v. Christian Kahf<br>17SC156435 | Fulton Superior / Schwall | 2018/07/18 | defense (Joshi) | personality and psychological profile<br>rape / response to suicidal behavior |
| 157. | State of Georgia v. Lynnward Bonner<br>2016-SU-CR-000008 | Monroe Superior / Fears | 2018/05/09 | defense (Johnson) | insanity / MNT / delusional compulsion |
| 156. | Hall v. ResCare et. al.<br>12CV01601JFL003 | Floyd Superior | 2018/01/05 | cv defense (Jourdain) | med mal / medications / appropriate prescribing |
| 155. | State v. Victoria Rickman<br>13CR5228-6 | DeKalb Superior/Boulee | 2017/10/05 | prosecution (S. Ross) | Battered Person Syndrome / PTSD / Borderline<br>sentencing / aggravation |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 5**

| | | | | |
|---|---|---|---|---|
| 154. State Georgia v. Thomas Washer<br>17-9-0742-53 | Cobb Superior/Leonard | 2017/09/28 | defense (Holloway) | probation revocation / stalking / risk assessment |
| 153. Sumner v. Martin Potts, et. al.<br>16EV001512 | Fulton State/Eady | 2017/07/07 | cv plaintiff (K. Fryer) | substance use disorders / anabolic steroids<br>amphetamines / cognition and behavior |
| 152. State of Ga v. Christopher Calmer<br>2015-CR-1111 | Monroe Superior/Wilson | 2017/06/12 | prosecution (J. Adams) | jury insanity / malingering / intoxication<br>Bipolar / PTSD / capital |
| 151. State of Ga v. Mohamadou Tunkara<br>08SC66014 | Fulton Superior/Schwall | 2017/06/07 | court (Schwall) | Competency to stand trial / murder<br>Soninke language |
| 150. State of Ga v. Christopher Calmer<br>2015-CR-1111 | Monroe Superior/Wilson | 2017/05/04 | prosecution (J. Adams) | Competency to stand trial / bench hearing<br>malingering psychosis / capital |
| 149. Brandon Bell v. CSXT<br>2016CV275945 | Fulton Supr/McBurney | 2017/04/03 | cv defense (P. Golden) | PTSD / causation / deposition |
| 148. State of Ga v. Jermaine Shaun Jewell<br>14SC126029 | Fulton Superior/Baxter | 2017/02/24 | prosecution (Y. Mack) | Competency to stand trial / jury / CST<br>intellectual disability |
| 147. State of Ga v. Michael Bowman<br>15R-457 | Spalding Superior/Sams | 2017/02/15 | prosecution (D. Hiatt) | jury insanity / steroids / intoxication<br>PTSD / TBI / capital |
| 146. Keita v. Toby<br>13-HC-027 | Hancock Superior/Perry | 2017/02/13 | defense (L. Sheffield) | PTSD / mitigation / state habeas |
| 145. Johnson v. Ford<br>14V-162 | Crisp Superior | 2016/12/15 | cv defense (M. Boorman) | psychopharmacology / alprazolam and cognition |
| 144. Edwards v. CGaRR<br>12-S-00552 | Carroll Superior | 2016/10/14 | cv defense (Ron Wray) | PTSD / causation |
| 143. US v. Gerald Fudge<br>1:16-CR-77-ODE | US NDG / Evans | 2016/08/04 | defense (Bruce Maloy) | sentencing / mitigation / PTSD / depression<br>conspiracy to commit bank fraud |

| # | Case | Court | Date | Role | Subject |
|---|---|---|---|---|---|
| 142. | In Re: Dorothy Rita Beam<br>14-E-001238 | Gwinnett Probate/Ballar | 2016/07/18 | cv plaintiff (G. Davidson) | testamentary capacity / undue influence<br>fixed false beliefs / caveator |
| 141. | State of Georgia v. Robert Hayes<br>13SC118931 | Fulton Superior/Schwall | 2016/07/07 | court (Judge Schwall) | Competency to stand trial / not likely restorable<br>civil commitment / dementia / psychosis |
| 140. | State of Georgia v. Leo Labarre<br>15SC134729 | Fulton Superior/Adams | 2016/06/29 | prosecution (Fernandez) | rape / victim with mental health issues<br>educational PTSD/Bipolar |
| 139. | Travis Ball v. Clay Tatum, Warden<br>2016S03-185 | Coffee Superior/Blount | 2016/06/08 | prosecution (AG/Oldham) | Competency to stand trial / plea / State Habeas<br>CST / full psychiatric evaluation |
| 138. | State of Georgia v. Floyd Palmer<br>16SC116482 | Fulton Superior/ Schwall | 2016/04/11 | prosecution (S. Ross) | insanity jury trial / delusional compulsion<br>malingering |
| 137. | State of Georgia v. Susan McCoy<br>Warrant 15W10338 | Cobb Magistrate / Taylor | 2016/03/17 | prosecution (S. Jackson) | bond revocation / violence risk assessment<br>stalker profiles |
| 136. | US v. Nathan Hardwick<br>1:16-CR-00065 | US NDG / Anand | 2016/02/25 | defense (Ed Garland) | bond hearing / suicide risk |
| 135. | State of Georgia v. Demetrius Chase<br>06CR-524 | Douglas Supr / Emerson | 2016/02/25 | defense (R. Holmes) | Competency to stand trial / bench<br>IST / MID / Schizoaffective |
| 134. | State of Georgia v. Robert DiPietro<br>14-SC-128236 | Fulton Supr / McBurney | 2016/02/22 | defense (J. Sheffield) | Bobo hearing / false allegations<br>borderline v. bipolar |
| 133. | State of Georgia v. Michael Brooks<br>2014-SU-CR-698, 13CR0077 | Walker Superior/Van Pelt | 2015/12/30 | defense (J. Johnson) | insanity bench trial / Schizoaffective |
| 132. | Demit v. Columbus Hockey<br>SU13CV2697 | Muscogee Superior | 2015/12/28 | cv defense (Jack Reale) | PTSD / TBI / causation |
| 131. | DeRoche v. Neany<br>2014-LDA-00817, -00818 | OALJ, US Dept Labor | 2015/10/23 | cv plaintiff (Lorberbaum) | PTSD / overdose / Federal W Comp |
| 130. | Edwards v. CGaRR<br>12-S-00552 | Carroll Superior | 2015/10/07 | cv defense (Ron Wray) | PTSD / causation |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 7**

| # | Case | Court/Judge | Date | Role | Subject |
|---|------|-------------|------|------|---------|
| 129. | State of Georgia v. Betty Jacobs 07R-516 | Ware Superior/ Gillis | 2015/10/05 | defense (Brian Steel) | Motion for New Trial / involuntary intoxication barbiturates / opiates / benzodiazepines |
| 128. | Lockhart v. Northside Hospital 2012CV223418 | Fulton Superior/Campbell | 2015/10/02 | cv plaintiff (Schlachter) | discovery deposition / med mal Cymbalta |
| 127. | State of Ga v. Christopher Johnson 14-4464 | Cobb Superior/Schuster | 2015/09/21 | defense (J. Garland) | sentencing hearing / mitigation PTSD / alcohol |
| 126. | State of Ga v. Hunter Mason Davis 11-B-05678-10 | Gwinnett Superior/Davis | 2015/08/19 | defense (B. Harvey) | Motion for New Trial / statement voluntariness sleep deprivation / marijuana / benzos |
| 125. | In Re Dorothy Rita Beam 14-E-001238 | Gwinnett Probate | 2015/08/13 | cv plaintiff (G. Davidson) | testamentary capacity / undue influence insane delusion / caveator |
| 124. | State of Ga v. Donald Franklin 11SC101915 | Fulton Superior / Goger | 2015/08/10 | defense (S. Phillips) | Motion for New Trial / competency to stand trial intellectual disability / retrospective |
| 123. | State of Ga v. Joaquin Gonzalez 14CR00922-JFL002 | Floyd Superior/ Matthews | 2015/05/12 | prosecution (K. Salmon) | educational witness / PNES / conversion |
| 122. | Nelson v. Beiner/Rural Metro 13A47097-2 | DeKalb State / Hydrick | 2015/04/03 | cv plaintiff (D. Brauns) | MVA / Somatic Symptom / PTSD discovery deposition |
| 121. | State of Ga v. James Monroe Jones 14SC124311 | Fulton Superior/Dempsey | 2015/02/17 | defense (Don Samuel) | sentencing hearing / mitigation stimulant psychosis and abuse |
| 120. | State of Ga v. Johnny Lee Johnson 13SC122049 | Fulton Superior/Dempsey | 2015/01/15 | defense (M. Keane) | jury insanity trial / Schizophrenia |
| 119. | State of Georgia v. Patrick Welch 11CR-0080, et. Al. | McDuffie Supr / Dunaway | 2015/01/14 | defense (R. Jones) | Motion for New Trial / competence jury waiver psychosis |
| 118. | State of Georgia v. Calvin Ray, Jr. 14-CR- 3140-4 | DeKalb Superior / Flake | 2015/01/13 | defense (McGaughey) | Competency to stand trial / bench / IST murder / psychosis |

| | | | | |
|---|---|---|---|---|
| 117. State of Georgia v. Eugene McCoy<br>11CR6208-10 | DeKalb Superior / Adams | 2014/12/30 | defense (Jerry Word) | GBMI hearing / capital case |
| 116. State of Georgia v. Robert Hayes<br>13SC118931 | Fulton Superior / Schwall | 2014/12/18 | court (Judge Schwall) | Competency to stand trial / bench / IST<br>dementia / inpatient treatment |
| 115. State of Georgia v. Angelia Cullen<br>01SC11205 | Fulton Superior/Ellerbe | 2014/12/16 | prosecution (Canfield) | Competency to stand trial / Not, not, meets<br>murder / Schizophrenia / DD |
| 114. State of Georgia v. John Paul Jones<br>14CR-710M | Polk Superior / Murphy | 2014/12/11 | defense (Wilkes) | amnesia with Ambien and alcohol |
| 113. State of Ga v. J.V. Whitlock et al.<br>2011-SU-CV-8025 | Stephens Supr / Brantley | 2014/10/03 | prosecution (Ekonomou) | Competency to stand trial / bench / MNT<br>CST / Malingering / PTSD |
| 112. State of Ga v. Candida Summerlin<br>132419 | Cobb Superior / Grubbs | 2014/09/11 | defense (J. Hanson) | jury trial / insanity<br>Bipolar / SIRS-2 |
| 111. State of Georgia v. Mark Stanley<br>2013-CR-968-2 | Newton Supr / Ozburn | 2014/09/10 | defense (Sexton) | jury trial / delirium<br>benzodiazepine withdrawal |
| 110. State of Georgia v. Mark Stanley<br>2013-CR-968-2 | Newton Superior / Ott | 2014/08/19 | defense (Sexton) | Jackson-Denno hearing / delirium<br>benzodiazepine withdrawal |
| 109. Tate v. Chatham, Warden<br>2012-V-93 | Butts Superior / Irwin | 2014/06/09 | prosecution (AG) | Capital litigation / Habeas / PTSD<br>competency to waive mitigation |
| 108. Bohn v. Mikhail, et al.<br>11-CVS-3813 | Onslow (NC) Superior | 2014/04/16 | cv plaintiff (Childers) | med mal / Lamictal / TEN / informed consent<br>trial preservation testimony |
| 107. State of Georgia v. Johnny Chambers<br>06R281 | Spalding Supr /Edwards | 2014/04/01 | defense (V. Brinson) | Motion for new trial / Bipolar<br>competency to stand trial |
| 106. Espanol v. Costco<br>2006-017855 | Ga Board W Comp | 2014/03/07 | cv defense (A. Ficker) | Malingering and PTSD |
| 105. Tennessee v. Hodges<br>2012-C-2511 | Davidson Co /Blackburn | 2014/02/26 | defense (B. Horst) | Compliant and suggestible personality<br>interrogative issues |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 9**

| # | Case | Court | Date | Role | Subject |
|---|---|---|---|---|---|
| 104. | Delay v. Minassian<br>13A47243-2 | DeKalb Superior | 2014/02/05 | cv plaintiff (A. Childers) | Med Mal / Stimulant-induced psychosis |
| 103. | Jenkins v. American Woodmark<br>2006-006467 | Ga Board W Comp/Cain | 2014/01/24 | cv defense (T. Brooks) | Malingering |
| 102. | State v. Quane Johnson<br>11-SU-CR-0150-WC | Henry Superior/Crumbley | 2013/12/09 | defense (G. Bowman) | Jackson-Denno / competency to waive *Miranda* |
| 101. | State of Georgia v. Stephon Banks<br>12-B-5914-2 | Gwinnett Superior/Turner | 2013/10/17 | defense (D. Gage) | NGRI / stipulated |
| 100. | State of Georgia v. Radric Davis<br>11C33320 | DeKalb State / Ross | 2013/09/26 | defense (A. Joshi) | probation revocation / psychiatric treatment / psychosis and substance use |
| 99. | State of Georgia v. Stacey Mandeville<br>10-9-3460-40 | Cobb Superior/Flournoy | 2013/09/19 | defense (Holloway) | sentencing / mitigation / traumatic memories |
| 98. | State of Georgia v. Damian Brown<br>10SC91565 | Fulton Superior/Goger | 2013/08/23 | prosecution (S. Ross) | Competency to stand trial / jury trial CST / malingering psychosis |
| 97. | State of Georgia v. Fernando Collymore<br>2012-SU-CR-110-AM | Henry Superior/McGarity | 2013/08/22 | defense (Bowman) | murder trial / depression / suicidal behavior |
| 96. | State of Georgia v. Quentin Smith<br>12CR3755-1 | DeKalb Superior/Johnson | 2013/07/12 | defense (I. McGaughey) | Competency to stand trial / bench trial / psychosis and malingering |
| 95. | State of Georgia v. Damian Brown<br>10SC91565 | Fulton Superior/Goger | 2013/06/28 | prosecution (S. Ross) | Competency to stand trial / jury trial / malingering psychosis |
| 94. | State of Georgia v. Eric Jackson<br>11CR0079 | Walker Superior/Graham | 2013/06/25 | prosecution (B. Franklin) | insanity bench trial |
| 93. | John Conner v. Humphrey<br>3:01-CV-73 | US Dist-SouthGA/Bowen | 2013/05/08 | prosecution (AG/Smith) | Federal habeas / *Atkins* hearing / mental retardation |

| | | | | |
|---|---|---|---|---|
| 92. State TN v. Michael Hodges<br>12-C-2511 | Division III/Blackburn | 2013/05/01 | defense (B. Horst) | <u>McDaniel</u> hearing (admissibility) / suggestibility / compliance / confessions |
| 91. State of Georgia v. Jeremy Moody<br>07SC55795 | Fulton Superior/Brasher | 2013/04/22 | prosecution (P. Johnson) | capital sentencing / ASPD / cocaine / BPD |
| 90. State of Georgia v. Cory Butler<br>2012CR0344-1 | Walton Superior/Benton | 2013/03/26 | prosecution (Layla Zon) | capital sentencing / ASPD |
| 89. Byrd v. McDuffie, et. al.<br>79125 | Bibb State Court | 2013/02/07 | cv defense (Z. Wilson) | med mal / standard of care – transportation |
| 88. State of Georgia v. Kshitij Shrotri<br>10SC88208 | Fulton Superior/Markle | 2013/02/04 | defense (K. Farmer) | NGRI / consent / cerebellar tumor |
| 87. State of Ga v. Miracle Nwakanama<br>07-9-6409-34 | Cobb Superior/Ingram | 2012/11/29 | defense (Brian Steel) | motion for new trial / competency and meds |
| 86. Bohn v. Mikhail, et al.<br>11-CVS-3813 | Onslow (NC) Superior | 2012/11/09 | cv plaintiff (Childers) | med mal / Lamictal / TEN / informed consent |
| 85. State of Georgia v. William Woodard<br>08CR2300-4 | DeKalb Superior/Coursey | 2012/10/17 | prosecution (Geary) | capital sentencing / ASPD / psychopathy |
| 84. State of Georgia v. Venus White<br>11CR1071 | Cherokee Superior/Harris | 2012/10/12 | defense (Don Roch) | sentencing / mitigation / Delusional Disorder |
| 83. State of Georgia v. David Dollison<br>04SC15411 | Fulton Superior/Goger | 2012/09/11 | defense (Dansby) | insanity jury trial |
| 82. State of Georgia v. Pablo Maldonado<br>2009-CR-1156-4 | Newton Supr /Johnson | 2012/09/05 | prosecution (L. Zon) | educational / ASPD / PTSD / capital |
| 81. State of Georgia v. Anthony McGinnis<br>12-CR-588-B | Barrow Superior/Booth | 2012/06/21 | defense (BJ Bernstein) | mitigation / Aspergers |
| 80. Aaron Perry v. City of Atlanta | Ga. Board W. Comp | 2012/06/20 | cv defense (M. Jordan) | psychiatric injury / schizophrenia / malingering |

| # | Case | Court/Judge | Date | Role | Subject |
|---|------|-------------|------|------|---------|
| 79. | State of Georgia v. Oderick Boone 10SC95755 | Fulton Superior/Baxter | 2012/06/11 | defense (J. Lubinsky) | Sentencing hearing / mitigation / LWOP |
| 78. | Ellis v. Old Bridge Transport 4:11-CV-00078-CDL | Middle Dist Ga/Land | 2012/05/24 | cv plaintiff (DeWoskin) | PTSD / MVA |
| 77. | State v. Steven Drake 08CR1304-2 | Walton Superior/Ott | 2012/03/21 | defense (B. Frost) | Sentencing / mitigation / voyeurism |
| 76. | State of Georgia v. Joshua Davis 10SC89268 | Fulton Superior/Dempsey | 2012/03/13 | prosecution (F. Lewis) | Competency to stand trial / jury |
| 75. | State of Georgia v. Rodney Young 2008CR1473-3 | Newton Supr/Ozburn | 2012/02/17 | prosecution (L. Zon) | Mental retardation / capital case |
| 74. | Brittney Hester v. Kathy Seabolt 11SUCV-588LC | Habersham Supr/Struble | 2011/12/19 | defense (BJ Bernstein) | Habeas / MH issues |
| 73. | State of Georgia v. Steve Morris | Toombs Superior/Palmer | 2011/11/17 | defense (G. Wolinski) | Motion for new trial / Bipolar Disorder |
| 72. | State of Georgia v. Demetrius Stewart 2010-SU-CR-296-WC | Henry Superior/Crumbley | 2011/11/02 | defense (Jon Majeske) | Fight or flight / bench trial / self-defense |
| 71. | State of Georgia v. Neal Germano 10SC98429 | Fulton Superior/Glanville | 2011/10/25 | defense (BJ Bernstein) | Sentencing / mitigation / Asperger's Disorder |
| 70. | State of Georgia v. Minchillo Clark 10SC96676 | Fulton Superior/Goger | 2011/10/13 | defense (L. Martin) | Voluntary vs. involuntary intoxication |
| 69. | Thomas Simmons v. City of Atlanta | Civil Service Board | 2011/09/26 | cv plaintiff (BJ Bernstein) | Mental retardation / false confession |
| 68. | Croteau v. Cole and Camden et al. 2009CV175808 | JAMS Arbitration | 2011/09/09 | cv defense (B. Johnson) | Psychiatric harm secondary to sexual contact / PTSD |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 12**

| # | Case | Court/Judge | Date | Role | Issue |
|---|---|---|---|---|---|
| 67. | State of Tennessee v. James McClinton 2009-09-274 | Bradley Circuit/Reedy | 2011/08/26 | defense (Brent Horst) | Psychiatric condition of alleged victim / delusional thinking |
| 66. | State of Georgia v. Joseph Gibbs 10SC94380 | Fulton Superior/Glanville | 2011/08/05 | prosecution (S. Ross) | Competency waive *Miranda* / psychopharmacology |
| 65. | State of Georgia v. John Behrens, Jr. 2009R-310 | Fannin Superior/Bradley | 2011/07/15 | defense (Jim Bass) | Insanity / jury trial Involuntary intoxication |
| 64. | State of Georgia v. Douglas Bedell 10-9-0981-18 | Cobb Superior/Kreeger | 2011/04/27 | defense (D. Simpson) | Insanity / jury trial Schizophrenia |
| 63. | State of Georgia v. Cobey LaKemper 2006-CR-0901-3 | Newton Supr/Ozburn | 2011/03/28 | prosecution (P. Boehm) | Guilty but mentally ill rebuttal / capital Anti-social Personality Disorder |
| 62. | State of Georgia v. Herman Starks 2007R910 | Spalding Supr/Edwards | 2011/01/19 | prosecution (C Rucker) | Competency to stand trial / special jury / capital Mental Retardation / Malingering |
| 61. | State of Georgia v. Herman Starks 2007R910 | Spalding Supr/Edwards | 2010/12/16 | prosecution (D. Racine) | Competency to stand trial hearing / capital Mental Retardation / Malingering |
| 60. | State of Georgia v. Damon Foson 06SC48567 | Fulton Superior/Adams | 2010/09/28 | defense (Lamar Rhodes) | Insanity / jury trial Schizophrenia |
| 59. | Ortiz v. Peri Formwork Systems, Inc. 2008-CV-156380 | Fulton Superior/Glanville | 2010/09/08 | cv plaintiff (Chris Hall) | deposition / psychiatric illness PTSD |
| 58. | State of Georgia v. Stephuan Taylor 09-3785 | Cobb Superior/Ingram | 2010/04/19 | defense (Colette Steel) | Sentencing phase / mitigation Psychopharmacology |
| 57. | State of Georgia v. Labaron Curry 2007-SU-CR-901-M | Henry Superior/McGarity | 2009/12/18 | defense (Gary Bowman) | Sentencing phase / mitigation / capital Fight or flight |
| 56. | State of Georgia v. James Mason 09SC80196 | Fulton Superior/Russell | 2009/12/17 | prosecution (Redmon) | Competency to Stand Trial / bench / SB440 Mental Retardation |
| 55. | State of Georgia v. Labaron Curry 2007-SU-CR-901-M | Henry Superior/McGarity | 2009/12/10 | defense (Gary Bowman) | Guilt phase / compliant personality / capital Fight or Flight |

| # | Case | Court/Judge | Date | Side | Topic |
|---|---|---|---|---|---|
| 54. | State of Georgia v. Robert D. Norton<br>08-B-1351-8 | Gwinnett Superior/Hamil | 2009/11/23 | defense (Rutowski) | Competency waive *Miranda* / intoxication<br>Psychopharmacology |
| 53. | Barnes v. Zaccari, et. al.<br>1:08-CV-0077-CAP | Northern Dist Ga/Pannell | 2009/11/19 | cv defense (H. Hance) | dangerousness assessment |
| 52. | State of Ga v. James Adam Bishop<br>2008-SU-CR-434-A | Henry Superior/Amero | 2009/11/05 | defense (Gary Bowman) | Guilt phase / trauma and memory<br>Fight or flight / psychopharmacology |
| 51. | State of Georgia v. Joel Rice<br>06SC51622, 07SC54484 | Fulton Superior/Schwall | 2009/10/22 | defense (Wes Bryant) | Re-sentencing / probation revocation |
| 50. | State of Georgia v. Ricky Tolbert<br>06SC45628 | Fulton Superior/Goger | 2009/10/14 | defense (J. Rodgers) | Insanity / motion for new trial<br>Schizophrenia |
| 49. | In Re: G. W. III<br>044-09J05387 | DeKalb Juvenile/Peagler | 2009/10/09 | prosecution (Pearsall) | Competency to Stand Trial / bench |
| 48. | State of Georgia v. Samuel Carroll<br>07SC63415 | Fulton Superior/Schwall | 2009/09/10 | defense (Tasha Rodney) | Sentencing / mitigation<br>Schizophrenia |
| 47. | State of Georgia v. Carlos Fonseca<br>09CR32 | Douglas Supr/Emerson | 2009/08/24 | defense (Andrew Hall) | Sentencing / mitigation<br>Substance Abuse |
| 46. | Cody Green v. State of Georgia<br>HS07CR065 | Harris Superior/Jordan | 2009/08/04 | defense (BJ Bernstein) | Competency to Stand Trial / bench<br>TBI |
| 45. | In Re: Kay Elaine Johnston<br>2008-035 | Clarke County/Tate | 2009/08/03 | cv defense (Tom Rogers) | probate / testamentary capacity<br>Hoarding |
| 44. | State of Georgia v. Cleveland Clark<br>06SC48640 | Fulton Superior/Bedford | 2009/07/01 | prosecution (S. Ross) | Sentencing / aggravation / capital<br>Mental Retardation / Malingering |
| 43. | Cleveland Clark v. State of Georgia<br>09CV170028 | Fulton Superior/Bedford | 2009/06/03 | prosecution (S. Ross) | Competency to Stand Trial / jury / capital<br>Mental Retardation / Malingering |

**Testimonial experience of Matthew W. Norman, M.D. as of August 25, 2022**
**Page 14**

| | | | | |
|---|---|---|---|---|
| 42. State of Georgia v. Courtney Rome<br>    06SC48405, 06SC50843 | Fulton Superior/Baxter | 2009/03/25 | defense (J. Lubinsky) | Suppression hearing / diminished IQ<br>Mental Retardation |
| 41. State of Georgia v. April Lavender<br>    08-B-05731-2 | Gwinnett Superior/Turner | 2009/02/25 | defense (D. DeWoskin) | Sentencing phase / mitigation |
| 40. State Georgia v. Rodney Reaves<br>    2004-SU-CR-99-C | Henry Superior/Crumbley | 2009/02/19 | defense (Gary Bowman) | Sentencing phase / capital<br>Compliant personality |
| 39. State Georgia v. Rodney Reaves<br>    2004-SU-CR-99-C | Henry Superior/Crumbley | 2009/02/12 | defense (Gary Bowman) | Guilt phase / compliant personality / capital<br>Compliant personality |
| 38. In Re: Kay Elaine Johnston<br>    2008-035 | Elbert Probate/Tate | 2009/01/30 | cv defense (Tom Rogers) | deposition / testamentary capacity<br>Hoarding |
| 37. Karen Partain v. Kmart Corp<br>    2001-007981 | Ga Board W. Comp | 2008/11/24 | cv defense (Chris Quinn) | deposition / psychiatric illness |
| 36. Sylvia Thompson v. Boeing Co.<br>    1999-011884 | Ga Board W. Comp | 2008/11/14 | cv defense (Tuck Wall) | Psychiatric illness and malingering |
| 35. State of Georgia v. Eliott Jeffers<br>    070473 | Cobb Superior/Flournoy | 2008/11/11 | defense (Bryan Lumpkin) | Insanity / intent / jury trial<br>Depression |
| 34. State of Georgia v. Jerome Vento, Jr.<br>    082385 | Gwinnett Superior/Walker | 2008/10/10 | defense (Craig Ehrlich) | Bond hearing / risk assessment<br>Delusional thinking |
| 33. State of Ga v. Joshua Luke Garrett<br>    06-CR-1-DB | Towns Superior/Barrett | 2008/06/05 | defense (Chs. Brown) | GBMI / plea and sentencing |
| 32. State of Georgia v. David Sotkin<br>    05SC28562 | Fulton Superior/Bedford | 2008/05/05 | defense (Brian Steel) | Sentencing phase / involuntary intoxication<br>Psychopharmacology |
| 31. Hattie Brown v. State of Georgia<br>    Z64934 | Fulton Superior/Glanville | 2008/04/04 | defense (Alicia Thomas) | Competency to Stand Trial / Commitment |
| 30. In the Matter of Tarana Alam<br>    A29-802-172 | U.S. Immigration | 2008/03/31 | defense (G.R. Mahmood) | deportation hearing / mitigating circumstances<br>Depression |

| # | Case | Court/Judge | Date | Side (Attorney) | Subject |
|---|---|---|---|---|---|
| 29. | U.S. v. David Robert Block<br>1:05-CR-41 | Northern Dist Ga/Carnes | 2008/02/25 | defense (Colette Steel) | Sentencing phase / mitigating circumstances |
| 28. | U.S. v. Virginia Anne Hill<br>1:04-CR-586 | Northern Dist Ga/Carnes | 2007/11/2 | defense (Tom Hawker) | Sentencing phase / diminished capacity<br>Paranoid Personality Disorder |
| 27. | State of Georgia v. Bruce Lyle<br>06-CR-724 | Polk Superior/Sutton | 2007 | defense (Lee Sexton) | Competency to stand trial / bench trial |
| 26. | U.S. v. Donovan Mew<br>1:07-CR-83-MHS | Northern Dist Ga/Shoob | 2007/09/06 | defense (Matt Dodge) | Sentencing phase / mitigating circumstances<br>Mental Retardation |
| 25. | Rena B. Smith v. Wes Williams<br>2005CV101800 | Fulton Superior/Lane | 2007/07/27 | cv defense (Colette Steel) | Psychiatric harm secondary sexual contact / jury<br>PTSD |
| 24. | State of Georgia v. Robert Watkins<br>06903363-48 | Cobb Superior/Schuster | 2007 | defense (J. Stahlman) | Competency to waive / intoxication<br>Psychopharmacology |
| 23. | State of Georgia v. Joshua Moulder<br>06SC48111 | Fulton Superior/Moore | 2007/02/09 | defense (K. Schumaker) | Sentencing phase / mitigation circumstances |
| 22. | State of Georgia v. Jarvis Scott<br>04SC14593 | Fulton Superior/Johnson | 2006 | defense (Ravi Rayasam) | Sentencing phase / mitigation circumstances |
| 21. | Jarvis Scott v. State of Georgia<br>04SC14593 | Fulton Superior/Shoob | 2006/08/07 | prosecution (C.Rucker) | Competency to stand trial / special jury |
| 20. | Virginia Anne Hill v. U.S.<br>1:04-CR-586 | Northern Dist Ga/Hagy | 2006/05/12 | defense (R. Glickman) | Competency to stand trial / magistrate court |
| 19. | David Velazquez v. State of Georgia<br>S07A1418 | Henry Superior/McGarity | 2006/05/08 | defense (Gary Bowman) | Competency to stand trial / special jury |
| 18. | U.S. v. Travis Jenard Williams<br>1:05-CR-083 | Northern Dist Ga/Cooper | 2006/04/24 | defense (Judy Flemming) | Sentencing phase / mitigating circumstances |

| | | | | |
|---|---|---|---|---|
| 17. State of Georgia v. David Long<br>    Z53801 | Fulton Superior/Downs | 2005 | court (Judge Downs) | Civil commitment / IST<br>    Mental Retardation |
| 16. State of Georgia v. Rob Kasparvich<br>    04SC22074 | Fulton Superior/Dempsey | 2005 | defense (Darice Good) | Sentencing phase / mitigating circumstances<br>    OCD |
| 15. Soriano v. U.S. Air Force | Merit Sys. Protctn Board<br>Warner Robins AFB | 2005 | cv plaintiff (B. Shapiro) | job protection / fitness for duty |
| 14. Lanier v. Bess, Ga DOC, et.al.<br>    04-A-28172 | DeKalb Superior | 2005/08/11 | cv plaintiff (A. Hobbs) | discovery deposition / negligence claim |
| 13. State of Georgia v. Julia Johnson<br>    04SC15710 | Fulton Superior/Russell | 2005/05/12 | prosecution (Ash Joshi) | Criminal responsibility / PTSD |
| 12. State of Georgia v. Michael Lawson<br>    03SC09448 | Fulton Superior/Russell | 2005/05/12 | defense (Maurice Brown) | Re-sentencing hearing / mitigating |
| 11. State of Georgia v. Thomas Spencer<br>    01SC06390 | Fulton Superior/Arrington | 2005 | prosecution (R. Brodsky) | Sentencing phase / aggravating circumstances<br>    Anti-social Personality Disorder |
| 10. Marilyn Summerlin v. Ga Pines, et.al<br>    A08A1823 | Thomas Superior/Altman | 2005 | cv plaintiff (Cale Conley) | discovery deposition / negligence claim<br>    Psychopharmacology |
| 9. State of Georgia v. Ryan Stallings<br>    04CR3588-8 | DeKalb Superior/Hunter | 2005 | defense (Colette Steel) | Sentencing phase / risk assessment<br>    Stalking |
| 8. Mastrilli v. Prison Health Services, et.al<br>    02C7075-4 | Gwinnett Superior | 2004 | cv defense (Shannon) | discovery deposition / negligence claim<br>    Custodial suicide |
| 7. State of Georgia v. Sean Hill<br>    03SC04669, 03SC05087, 03SC07703 | Fulton Superior/Goger | 2004 | prosecution (Jackson) | Sentencing phase / aggravating circumstances |
| 6. Bernice Johnson v. MHM | Fulton Superior/Manis | 2004 | cv plaintiff (Gib Dean) | discovery deposition / negligence claim<br>    NMS |
| 5. State of Georgia v. Marcia J. Gibson<br>    03SC02923 | Fulton Superior/Boswell | 2003/08/28 | defense (Bob Rubin) | Sentencing phase / mitigating circumstances |

| | | | | |
|---|---|---|---|---|
| 4. State of Georgia v. Marcia J. Gibson 03SC02923 | Fulton Superior/Boswell | 2003/04/18 | defense (Bob Rubin) | Bond hearing / dangerousness assessment |
| 3. State of Georgia v. Alexander Williams | Ga. Pardons & Paroles | 2002/02/25 | Ga. Pardons & Paroles | Competency to be executed / capital |
| 2. State of Georgia v. Edward Porter | Fulton Superior/Lane | 2001 | prosecution (ADA) | Annual review of NGRI acquittee |
| 1. Edwin Willis v. State of Georgia | Fulton Superior/Dempsey | 2001 | defense (G. Washington) | Competency to stand trial |

*Last 5 years in criminal matters – called 51% defense, 45% prosecution, 4% court*