IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARK GUGLIUZZA,<br><br>    Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and JASON LYBERGER,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-140 |

**O R D E R**

On October 31, 2024, the Court administratively closed this action as the case had settled. (Doc. 171.) Presently before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees, expenses and costs. (Doc. 172.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 16th day of December, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA